MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: melanie.morgan@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Nationstar Mortgage LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| 7321 WANDERING STREET TRUST, a Nevada trust,<br><br>Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware limited liability company registered with the Nevada Secretary of State; FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC, a Texas limited liability company registered with the Nevada Secretary of State; DOES I through X, and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-01193-JAD-EJY<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF DEFENDANT NATIONSTAR MORTGAGE LLC'S DEADLINE TO FILE A RESPONSIVE PLEADING TO PLAINTIFF 7321 WANDERING STREET TRUST'S COMPLAINT** |

Nationstar Mortgage LLC and 7321 Wandering Street Trust stipulate to extend Nationstar's deadline to file a responsive pleading to the Trust's complaint by thirty (30) days, up to and until **Wednesday, August 25, 2021**. The parties have a good faith belief the current deadline is Monday, July 26, 2021. *See* ECF No. 18; NRS 18.130.

Good cause exists to extend this deadline. The parties continue to discuss a settlement and would like an opportunity to potentially reach settlement prior to the upcoming deadline. In addition, the Trust filed a motion to remand so it is unclear if this action will remain in federal court. ECF No. 21.

…

1

59053225;1

This is the first request to extend this deadline.  This stipulation is brought in good faith and not for purposes of delay.

| DATED: July 26, 2021. | DATED: July 26, 2021. |
|---|---|
| **AKERMAN LLP** | **HONG & HONG LAW OFFICE** |
| */s/ Scott R. Lachman*<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Nationstar Mortgage LLC* | */s/ Joseph Y. Hong*<br>JOSEPH Y. HONG, ESQ.<br>Nevada Bar No. 5995<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135<br><br>*Attorney for 7321 Wandering Street Trust* |

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**Dated:  July 26, 2021**

2

59053225;1