FILED

AUG 14 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| 7321 WANDERING STREET TRUST, <br><br>    Plaintiff-Appellant, <br><br> v. <br><br>NEW RESIDENTIAL MORTGAGE LOAN TRUST 2020-NPL2, <br><br>    Defendant-Appellee, <br><br> and <br><br>FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC; NEVADA LEGAL NEWS, <br><br>    Defendants. | No.   22-15526 <br><br>D.C. No. 2:21-cv-01193-JAD-EJY <br>District of Nevada, <br>Las Vegas <br><br>ORDER |

The court is of the unanimous opinion that the facts and legal argument are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument.

Therefore, this matter is ordered submitted on the briefs and record without oral argument on October 2, 2023, in Las Vegas, Nevada. Fed. R. App. P. 34(a)(2).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT